

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00088-CR

Jose **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7124
Honorable Jennifer Peña, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

SIGNED September 4, 2024.

_____
Irene Rios, Justice

---

[1] The Honorable Maria Teresa Herr, Visiting Judge, signed the order that is the subject of this appeal.